# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF WISCONSIN

ESTABLISHMENT INSPECTION OF:

FIBERDOME, INC.                          Case No.   13-CU-743-SLC
865 Stony Road
Lake Mills, WI 53551

## WARRANT FOR INSPECTION
## UNDER THE OCCUPATIONAL SAFETY AND
## HEALTH ACT OF 1970

To:   Amanda Kupper and/or any other Compliance Officer(s) of the Occupational Safety and
Health Administration, United States Department of Labor.

Sworn application having been made, reasonable legislative and administrative standards

having been prescribed, and probable cause shown by Amanda Kupper of the Occupational

Safety and Health Administration, United States Department of Labor, for a safety and health

inspection and investigation of the workplace described as:

FIBERDOME, INC.
865 Stony Road
Lake Mills, WI 53551

IT IS HEREBY ORDERED that based on the grounds set forth in the sworn application for

inspection warrant and pursuant to section 8(a) of the Occupational Safety and Health Act of

1970 (29 U.S.C. 651, et seq.), hereinafter referred to as the Act, YOU ARE AUTHORIZED to

enter the above described premises during regular working hours to conduct an inspection and

investigation, and to inspect and investigate in a reasonable manner and to a reasonable extent

including but not limited to authority to take environmental samples and to take or obtain

1

photographs and/or videotapes related to the purpose of the inspection and questioning privately any owner, operator, agent, employer or employee of the establishment, workplace or environment where work is performed or permitted to be performed by employees of the employer, specifically limited to the following unsafe work practices, areas and/or conditions alleged in a complaint received by the Occupational Safety and Health Administration, to wit:

     **a. Employees working in the grinding department are exposed to excessive levels of airborne dust.**

Said inspection and investigation will extend only to the above-referred to alleged hazardous working conditions and/or work areas as well as to any hazardous work areas, procedures and/or working conditions within the plain view of the Compliance Officer(s) during the course of the inspection, and to all pertinent conditions, structures, machines, apparatus, devices, equipment, materials, and all other things therein (including a review of records required by the Act and/or directly related to the purpose of the inspection--such records do not include employee medical records as defined in 29 CFR 1910.1020(c)(6)(i)) related to the above-described practices, areas or working conditions and bearing on whether this employer is furnishing to its employees employment and a place of employment which is free from recognized hazards that are causing or are likely to cause death or serious physical harm to its employees, and whether this employer is complying with the occupational safety and health standards promulgated under the Act and the rules, regulations, and orders issued pursuant to the Act.

    A return shall be made to this Court showing that the inspection has been completed, within **twenty-one (21) days** from this date.

**DATED:** ____10-23-13____, 2013.

STEPHEN L. CROOKER
U.S. MAGISTRATE JUDGE

2